IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MARSHALL VAN REED, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CIVIL ACTION NO. 00-AR-2968-M |
| CHARLES BAILEY, et al, | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM OF OPINION

The plaintiff's only remaining claim in this case is that defendants John Sanderson, Charles Bailey, and Archie Garret retaliated against him for having filed a lawsuit. The magistrate judge conducted an evidentiary hearing and filed a report and recommendation. In his report, the magistrate judge entered findings of fact and concluded that the plaintiff failed to prove that any of the defendants retaliated against him. None of the parties has filed objections. After due consideration, the court hereby adopts and approves the findings of fact and the recommendation of the magistrate judge. Accordingly, judgment is due to be entered against the plaintiff and in favor of the defendants. An appropriate order will be entered.

DONE, this _29_ day of January, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

